```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 01560
   MAHMOUD ABASSI
   KHADIJEH ABASSI                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-8056    SSN XXX-XX-1055


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/18/2005 and was confirmed 04/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.85% from remaining funds.

     The case was paid in full 08/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
EVERT HOME                 CURRENT MORTG         .00           .00            .00
HARRIS BANK                SECURED               .00           .00            .00
ECAST SETTLEMENT CORP      UNSECURED OTH    4481.49            .00         620.64
ECAST SETTLEMENT CORP      UNSECURED      11192.94             .00        1550.67
ECAST SETTLEMENT CORP      UNSECURED       6132.77             .00         849.63
BUSINESS SERVICES          UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED       9984.52             .00        1383.26
CHASE                      UNSECURED      NOT FILED            .00            .00
CREDIT CARD SERVICES       UNSECURED      NOT FILED            .00            .00
CREDIT CARD SERVICES       UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED      15525.62             .00        2150.92
CREDIT CARD SERVICES       UNSECURED      NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED       8337.76             .00        1155.11
DISCOVER FINANCIAL SERVI   UNSECURED       5557.37             .00         769.92
ECAST SETTLEMENT CORP      UNSECURED      10817.16             .00        1498.61
ECAST SETTLEMENT CORP      UNSECURED       5542.37             .00         767.84
MBNA AMERICA               UNSECURED      NOT FILED            .00            .00
PROVIDIAN BANK             UNSECURED      NOT FILED            .00            .00
SEARS ROEBUCK & CO         UNSECURED      NOT FILED            .00            .00
BANK OF AMERICA NA         UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED       5431.92             .00         752.54
BENNIE W FERNANDEZ         DEBTOR ATTY     1,890.00                       1,890.00
TOM VAUGHN                 TRUSTEE                                          720.78
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  14,109.92


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 01560 MAHMOUD ABASSI & KHADIJEH ABASSI
```

```
PRIORITY                                                        .00
SECURED                                                         .00
UNSECURED                                                 11,499.14
ADMINISTRATIVE                                             1,890.00
TRUSTEE COMPENSATION                                         720.78
DEBTOR REFUND                                                   .00
                                    ---------------   ---------------
TOTALS                                    14,109.92         14,109.92
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/29/07                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 05 B 01560 MAHMOUD ABASSI & KHADIJEH ABASSI